UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARION ZIMMER
BRADLEY LITERARY
WORKS TRUST,

    Plaintiff(s),

    v.

MARY BATTLE

    Defendant(s).

_____/

No.  C 12-00073 MEJ

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  1/10/2012 _____

                       /s/ Kelley A. Way _____
                       Signature

                       Counsel for  Plaintiff _____
                       (Plaintiff, Defendant or indicate "pro se")