Kelley A. Way, State Bar No. 273821
204 Clyde Drive
Walnut Creek, CA 94598
Tel. (925) 285-5481
KelleyAWay@gmail.com

Downey Brand LLP
Gregory T. Broderick, State Bar No. 220871
621 Capitol Mall, Eighteenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
gbroderick@downeybrand.com

*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION ZIMMER BRADLEY LITERARY WORKS TRUST, <br><br> and <br><br> ANN SHARP, Trustee, <br>                 Plaintiffs, <br>    v. <br><br> MARY BATTLE, and DOE 1, <br><br>                 Defendants. | Case No.: 3:12-CV-00073 MEJ <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND ALL DEADLINES BY 21 DAYS** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Marion Zimmer Bradley Literary Works Trust and Ann Sharp, Trustee, and Defendant Mary Battle hereby jointly move the Court to extend all current deadlines in the case by 21 days to provide more time for independent settlement negotiations.  Since the filing of the case, Ms. Battle has retained counsel and the parties have exchanged documents and discussed settlement terms, and resolution appears reasonably likely. Thus, the parties jointly request the following adjustments to the current pre-trial schedule:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 3/22/2012 | 4/12/2012 |
| File ADR Certification signed by Parties and Counsel | 3/22/2012 | 4/12/2012 |
| File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 3/22/2012 | 4/12/2012 |
| File Rule 26(f) Report, complete initial disclosures or state objection to in Rule 26(f) Report and file Case Management Statement | 4/5/2012 | 4/26/2012 |
| File Defendant's Answer to Complaint | 4/6/2012 | 4/27/2012 |
| Initial Case Management Conference | 4/12/2012 | 5/3/2012 |

RESPECTFULLY SUBMITTED

Dated: March 30, 2011

        By_/s/ Kelley A. Way_____
         Kelley A. Way
         Attorney for Plaintiffs
         Marion Zimmer Bradley Literary Works Trust and Ann Sharp, Trustee

Dated: March 30, 2011

        By_/s/ David R. Owens_____
         David R. Owens
         Attorney for Defendant Mary Battle

**[PROPOSED] ORDER**

Pursuant to the joint stipulation of the parties, and good cause appearing, the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 2) is herby modified as follows:

| | |
|---|---|
| 4/12/2012 | Last day to:<br>● meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>● file ADR Certification signed by Parties and Counsel<br>● file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 4/26/2012 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| 5/03/2012 | INITIAL CASE MANAGEMENT CONFERENCE in Ctrm. B, 15th Floor, SF at 10:00 AM |

**IT IS SO ORDERED**.

DATED: April 2, 2012

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

1220688.1