Kelley A. Way, State Bar No. 273821
204 Clyde Drive
Walnut Creek, CA 94598
Tel. (925) 285-5481
KelleyAWay@gmail.com

Downey Brand LLP
Gregory T. Broderick, State Bar No. 220871
621 Capitol Mall, Eighteenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
gbroderick@downeybrand.com

*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION ZIMMER BRADLEY LITERARY WORKS TRUST, <br><br> and <br><br> ANN SHARP, Trustee, <br><br> Plaintiffs, <br> v. <br><br> MARY BATTLE, and DOE 1, <br><br> Defendants. | ) Case No.: 3:12-CV-00073 MEJ <br> ) <br> ) <br> ) **STIPULATION AND [~~PROPOSED~~]** <br> ) **ORDER TO EXTEND ALL** <br> ) **DEADLINES BY 21 DAYS** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to Civil Local Rule 6-2, Plaintiffs Marion Zimmer Bradley Literary Works Trust

and Ann Sharp, Trustee, and Defendant Mary Battle hereby jointly move the Court to extend all

current deadlines in the case by 21 days to provide more time for independent settlement

negotiations.  Since the filing of the case, Ms. Battle has retained counsel and the parties have

exchanged documents and discussed settlement terms, and resolution appears reasonably likely.

Thus, the parties jointly request the following adjustments to the current pre-trial schedule:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 3/22/2012 | 4/12/2012 |
| File ADR Certification signed by Parties and Counsel | 3/22/2012 | 4/12/2012 |
| File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 3/22/2012 | 4/12/2012 |
| File Rule 26(f) Report, complete initial disclosures or state objection to in Rule 26(f) Report and file Case Management Statement | 4/5/2012 | 4/26/2012 |
| File Defendant's Answer to Complaint | 4/6/2012 | 4/27/2012 |
| Initial Case Management Conference | 4/12/2012 | 5/3/2012 |

RESPECTFULLY SUBMITTED

Dated: March 30, 2011

By  /s/ Kelley A. Way_____
        Kelley A. Way
        Attorney for Plaintiffs
        Marion Zimmer Bradley Literary Works Trust and
        Ann Sharp, Trustee

Dated: March 30, 2011

By  /s/ David R. Owens_____
        David R. Owens
        Attorney for Defendant Mary Battle

1

**[PROPOSED] ORDER**

2      Pursuant to the joint stipulation of the parties, and good cause appearing, the Order Setting

3  Initial Case Management Conference and ADR Deadlines (Dkt. No. 2) is herby modified as

4  follows:

5      4/12/2012      Last day to:
                      ● meet and confer re: initial disclosures, early settlement, ADR process
6                        selection, and discovery plan

7                      ● file ADR Certification signed by Parties and Counsel

8                      ● file either Stipulation to ADR Process or Notice of Need for ADR Phone
                         Conference

9      4/26/2012      Last day to file Rule 26(f) Report, complete initial disclosures or state
                      objection in Rule 26(f) Report and file Case Management Statement
10

11     5/03/2012      INITIAL CASE MANAGEMENT CONFERENCE  in Ctrm. B, 15th Floor,
                      SF at 10:00 AM
12

13  **IT IS SO ORDERED**.

14

15  DATED:  April 2, 2012

16                                                      HON. MARIA-ELENA JAMES
                                                      UNITED STATES MAGISTRATE  JUDGE
17

18  1220688.1

19

20

21

22

23

24

25

26

27

28

---

Stipulation and [Proposed] Order to Extend All Deadlines by 21 Days          3:12-CV-00073 MEJ