Kelley A. Way, State Bar No. 273821
204 Clyde Drive
Walnut Creek, CA 94598
Tel. (925) 285-5481
KelleyAWay@gmail.com

DOWNEY BRAND LLP
Gregory T. Broderick, State Bar No. 220871
621 Capitol Mall, Eighteenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
gbroderick@downeybrand.com

*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION ZIMMER BRADLEY LITERARY WORKS TRUST, <br><br> and <br><br> ANN SHARP, Trustee, <br>              Plaintiffs, <br>       v. <br><br> MARY BATTLE, and DOE 1, <br><br>              Defendants. | Case No.: 3:12-CV-00073 MEJ <br><br> **NOTICE OF SETTLEMENT IN PRINCIPLE; STIPULATION AND [PROPOSED] ORDER TO REMOVE ALL DEADLINES FROM CALENDAR** |

    The parties hereby notify the Court that they have reached a tentative settlement and agreed on the principal terms, and anticipate filing a consent agreement with the court setting forth the terms of the settlement once the details are finalized.  Thus, Pursuant to Civil Local Rule 6-2, Plaintiffs Marion Zimmer Bradley Literary Works Trust and Ann Sharp, Trustee, and Defendant Mary Battle hereby jointly move the Court to remove all deadlines from the court calendar so that the parties may document their settlement agreement.

1  RESPECTFULLY SUBMITTED

2  Dated: April 24, 2012

3                                            By  /s/ Kelley A. Way
                                              Kelley A. Way

4                                                Attorney for Plaintiffs
                                              Marion Zimmer Bradley Literary Works Trust and

5                                                Ann Sharp, Trustee

Dated: April 24, 2012

6                                            By  /s/ David R. Owens
                                              David R. Owens

7                                                Attorney for Defendant Mary Battle

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **[PROPOSED] ORDER**

2  Pursuant to the joint stipulation of the parties, and good cause appearing, the Order Setting

3  Initial Case Management Conference and ADR Deadlines (Dkt. No. 2) is hereby set aside, and all

4  pending deadlines are vacated.  The parties shall file a final consent decree for approval by the

5  Court on or before May 22, 2012, or provide the Court with a joint status report at that time.

6  **IT IS SO ORDERED**.

7

8  DATED:   April 25, 2012

9                                      HON. MARIA-ELENA JAMES
                                         UNITED STATES MAGISTRATE  JUDGE