1  Kelley A. Way, State Bar No. 273821
   204 Clyde Drive
2  Walnut Creek, CA 94598
   Tel. (925) 285-5481
3  KelleyAWay@gmail.com

4  DOWNEY BRAND LLP
   Gregory T. Broderick, State Bar No. 220871
5  621 Capitol Mall, Eighteenth Floor
   Sacramento, CA  95814-4686
6  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
7  gbroderick@downeybrand.com

8  *Attorneys for Petitioner*

9

10                    **UNITED STATES DISTRICT COURT**

11                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12  MARION ZIMMER BRADLEY           ) Case No.: 3:12-CV-00073 MEJ
    LITERARY WORKS TRUST,           )
13                                  )
                                    ) **NOTICE OF SETTLEMENT IN**
14  and                             ) **PRINCIPLE; STIPULATION AND**
                                    ) ~~**[PROPOSED]**~~ **ORDER TO REMOVE**
15  ANN SHARP, Trustee,             ) **ALL DEADLINES FROM CALENDAR**
                  Plaintiffs,       )
16       v.                         )
                                    )
17                                  )
    MARY BATTLE, and Doe 1,         )
18                                  )
                  Defendants.       )
19  _____)

20

21       The parties hereby notify the Court that they have reached a tentative settlement and

22  agreed on the principal terms, and anticipate filing a consent agreement with the court setting forth

23  the terms of the settlement once the details are finalized.  Thus, Pursuant to Civil Local Rule 6-2,

24  Plaintiffs Marion Zimmer Bradley Literary Works Trust and Ann Sharp, Trustee, and Defendant

25  Mary Battle hereby jointly move the Court to remove all deadlines from the court calendar so that

26  the parties may document their settlement agreement.

27

28

---

Notice of Settlement; Stipulation and [Proposed] Order to Remove All Deadlines from Calendar 3:12-CV-00073 MEJ

-1-

1  RESPECTFULLY SUBMITTED

2  Dated: April 24, 2012

3                                By /s/ Kelley A. Way
                                  Kelley A. Way

4                                  Attorney for Plaintiffs
                                Marion Zimmer Bradley Literary Works Trust and

5                                  Ann Sharp, Trustee

  Dated: April 24, 2012

6                                By /s/ David R. Owens
                                David R. Owens

7                                  Attorney for Defendant Mary Battle

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the joint stipulation of the parties, and good cause appearing, the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 2) is hereby set aside, and all pending deadlines are vacated.  The parties shall file a final consent decree for approval by the Court on or before May 22, 2012, or provide the Court with a joint status report at that time.

**IT IS SO ORDERED**.

DATED:   April 25, 2012

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE  JUDGE