UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARION ZIMMER BRADLEY LITERARY WORKS TRUST and ANN SHARP, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>MARY BATTLE and DOE 1,<br><br>Defendants._____/ | No. C 12-073 MEJ<br><br>**ORDER RE: STATUS** |

On April 24, 2012, the parties notified the Court that they have reached a tentative settlement in this case. Accordingly, the Court vacated all pending deadlines and ordered the parties to final a final consent decree or joint status report by May 22, 2012. As there have been no further filings, the Court ORDERS the parties to file a joint status report by June 28, 2012.

**IT IS SO ORDERED.**

Dated: June 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge