Kelley A. Way, State Bar No. 273821
204 Clyde Drive
Walnut Creek, CA 94598
Tel. (925) 285-5481
KelleyAWay@gmail.com

DOWNEY BRAND LLP
Gregory T. Broderick, State Bar No. 220871
621 Capitol Mall, Eighteenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
gbroderick@downeybrand.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION ZIMMER BRADLEY LITERARY WORKS TRUST, <br><br>and<br><br>ANN SHARP, Trustee,<br>　　　　　　Plaintiffs,<br>　　　v.<br><br>MARY BATTLE, and DOE 1,<br>　　　　　　Defendants. | Case No.: 3:12-CV-00073 MEJ <br><br> **STIPULATED MOTION TO ENTER CONSENT DECREE AND DISMISSAL** <br> **[Fed. R. Civ. P. 41(a)]** |

　　　　Plaintiffs Marion Zimmer Bradley Literary Works Trust and Ann Sharp, its Trustee, and Defendant Mary Battle, by and through their undersigned attorneys, hereby request that the Court enter the Consent Decree Attached hereto as Exhibit 1.  All parties have agreed to the terms of the Decree, as evidenced by their signatures thereon.  In addition, the parties request that the Court dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  As set forth in the Consent Decree, the parties stipulate and request that the District Court retain jurisdiction to enforce the terms and conditions of this Consent Decree and to resolve disputes arising hereunder as may be necessary or appropriate for the construction or execution of this

Consent Decree. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

On June 26, 2012, counsel for Defendant authorized counsel for Plaintiff to sign and file this Stipulated Motion on behalf of all parties.

Dated:  June 26, 2012

By: /s/ Kelley A. Way
Kelley A. Way
Attorney for Plaintiffs Marion Zimmer Bradley
Literary Works Trust and Ann Sharp, Trustee

Dated:  June 26, 2012

By: /s/ David R. Owens
David R. Owens
Attorney for Defendant Mary Battle

1 **[PROPOSED] ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiffs Marion Zimmer Bradley Literary Works Trust and Ann Sharp, Trustee claims against Defendant Mary Battle, as set forth in the Complaint filed in Case No. 3:12-CV-00073 MEJ, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Consent Decree attached as Exhibit 1 to the Stipulated Motion to Enter Consent Decree and Dismissal is adopted and approved by this Court;

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction to enforce the terms and conditions of this Consent Decree and to resolve disputes arising hereunder as may be necessary or appropriate for the construction or execution of the Consent Decree.  *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

IT IS SO ORDERED

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT COURT OF CALIFORNIA

Dated: June 27, 2012                    _____
Hon. Maria-Elena James
Chief United States Magistrate Judge

STIPULATED MOTION FOR ENTRY OF CONSENT DECREE;                    3:12-CV-00073 MEJ
DISMISSAL per RULE 41(a); AND [PROPOSED] ORDER   3
1263718.2